# United States Bankruptcy Court
**District of Massachusetts**

In re **Brian H. Avedisian / Theresa A. Avedisian**, Debtor(s)

Case No.  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **6,000.00** |
   | Prior to the filing of this statement I have received | $ **3,000.00** |
   | Balance Due | $ **3,000.00** |

2. $ **281.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   - Pre-Petition counsel received the sum of $3,000 for fees (as referenced above). Counsel also received the sum of $500 for costs ($281 for filing fee, $36 for credit counseling, $24 for debtor education (see Retainer Agreement attached to Ch. 13 Agreement)).
   - Post-Petition counsel anticipates fees (for pre and post-confirmation fees incurred) to be $3,000 (see Debtors' Chapter 13 Plan).
   - In the event that counsel's fees exceed the limit of MLBR 13-7(b), counsel will file a fee application pursuant to MLBR 13-7(c).

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceeding (see Retainer Agreement attached to Ch. 13 Agreement limiting the representation).**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 31, 2014**

**/s/ Carl D. Aframe**  
Carl D. Aframe 012780  
Aframe & Barnhill, P.A.  
390 Main Street, Suite 901  
Worcester, MA 01608  
508-756-6940  Fax: 508-753-8219  
ecf@aframebarnhill.com