# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

In re:

    **BRIAN H. & THERESA K.**　　　　　　　　　　**Chapter 13**
    **AVEDISIAN,**　　　　　　　　　　　　　　　　**Case #:  14-40662-HJB**
               **Debtor(s)**

## MOTION TO APPROVE POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors in the above referenced matter, by and through their counsel, and hereby respectfully requests that this Court approve their Post-Confirmation Amended Chapter 13 Plan.

                BRIAN H. & THERESA K. AVEDISIAN,
                by their counsel:

                /s/ Carl D. Aframe

                _____
                Carl D. Aframe, Esq., BBO #012780
                AFRAME & BARNHILL P.A.
                390 Grove Street, Suite 901
                Worcester, MA 01608
                (508) 756-6940
                (508) 753-8219 Fax
                aframe@aframebarnhill.com

Dated:  February 13, 2015

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below, as well as the attached list, who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Denise M. Pappalardo
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA 01601

Martin A. Mooney
Schiller & Knapp, LLP
950 New Loudon Road, Suite 109
Latham, NY 12110
**Attorney for RBS Citizens**

Brian & Theresa Avedisian
14 Gardner Road
Hubbardston, MA 01452
**Debtor**

**Green Tree Servicing LLC**
**P.O. Box 6154**
**Rapid City, SD 57709-6154**

/s/ Carl D. Aframe
_____
Carl D. Aframe, Esq., BBO #012780
aframe@aframebarnhill.com

Dated:  February 13, 2015

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Atlas Acquisitions LLC
on behalf of Oliphant Financial, LLC
294 Union St.
Hackensack, NJ 07601-4303

CAPITAL ONE
C/O OLIPHANT FINANCIAL
P.O. BOX 864934
ORLANDO, FL 32886-0001

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Citizens Auto Finance, Inc.
443 Jefferson Boulevard
RJW-135
Warwick, RI 02886-1321

EXXMBLCITI
PO BOX 6497
SIOUX FALLS, SD 57117-6497

GECRB/FORD QUALITY CAR
PO BOX 981439
EL PASO, TX 79998-1439

GECRB/JCP
PO BOX 984100
EL PASO, TX 79998

GECRB/LOWES
PO BOX 965005
ORLANDO, FL 32896-5005

GREEN TREE SERVICING
P.O. BOX 6172
RAPID CITY, SD 57709-6172

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ITT TECH
200 BALLARDVALE STREET, SUITE 200
WILMINGTON, MA 01887-1075

KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051-7096

MASSACHUSETTS DEPARTMENT OF REV
LITIGATION BUREAU – BANKRUP. UN
P.O. BOX 9564
BOSTON, MA 02114-9564

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUICK LANE
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007-1032

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

RBS CITIZENS NA
480 JEFFERSON BLVD
WARWICK, RI 02886-1359

TD BANK N.A.
370 MAIN STREET
WORCESTER, MA 01608-1748

THE SWISS CONNOLLY
1112 7TH AVENUE
MONROE, WI 53566-1364

TOWN OF HUBBARDSTON
7 MAIN STREET, UNIT #10
HUBBARDSTON, MA 01452-1451

VERIZON
185 FRANKLIN STREET
9TH FLOOR
BOSTON, MA 02110-1532

WFDS/WDS
PO BOX 1697
WINTERVILLE, NC 28590-1697

Wells Fargo Bank, N.A.
P.O. Box 19657
Irvine, CA 92623-9657