UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:
    BRIAN H. & THERESA K.           Chapter 13
    AVEDISIAN ,                              Case #: 14-40662-HJB
                Debtor(s)

## REQUEST FOR COURT TO ISSUE OBJECTION /HEARING DATE REGARDING APPLICATION FOR ALLOWANCE OF COMPENSATION PURSUANT TO 11 U.S.C. §§330 AND 331 AND RULE 2016 OF THE RULES OF BAKRUPTCY PROCEDURE AND MLBR 2016-1 AND TO LIMIT NOTICE REQUIREMENTS

NOW COMES Carl D. Aframe, the above referenced Debtors' Chapter 13 counsel ("Debtors' counsel"), and hereby moves for an order prescribing the manner in which Debtors' counsel can give notice of his application for allowance of Compensation pursuant to 11 U.S.C. §§330 and 331 and Rule 2016 of the Rules of Bankruptcy Procedure and MLBR 2016-1 ("Application").

In support thereof, Debtors' counsel would indicate that service of the complete Application as well as the Hearing/Objection dates for the Application upon the Chapter 13 Trustee, U.S. Trustee, the Debtors, and all of the Debtors' creditors who filed a Notice of Appearance and/or Proof of Claim in one single mailing, in the opinion of the Debtors' counsel, would be sufficient service. Counsel will notify all those noticed in this manner that they can receive a full copy of the application by mail or electronically.

1

WHEREFORE, Debtors' counsel requests that this Court allow him to serve his complete Application as well as the Hearing/Objection dates for the Application upon the Chapter 13 Trustee, U.S. Trustee, the Debtors, and all of the Debtors' creditors who filed a Notice of Appearance and/or Proof of Claim in accordance with method described above.

BRIAN H. & THERESA K. AVEDISIAN, by their counsel:

/s/ Carl D. Aframe

Carl D. Aframe, Esq. BBO #012780
Aframe & Barnhill, P.A.
390 Main Street, Suite 901
Worcester, MA  01608
(508) 756-6940
(508) 753-8219 Fax
aframe@aframebarnhill.com

Dated: 7/21/15

2