# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

_____

**In re:**

     **BRIAN H. & THERESA K.**          **Chapter 13**
     **AVEDISIAN,**          **Case #:  14-40662-HJB**
          **Debtor(s)**

_____

## <u>CERTIFICATE OF SERVICE</u>

I, Carl D. Aframe, do hereby certify that on August 17, 2015, I served a copy of:

1. Application by Debtor's Counsel for Compensation with Exhibits 1 - 3; and

2. Notice of Hearing/Objection date regarding Application by Debtor's Counsel for Compensation.

by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Denise M. Pappalardo
Chapter 13 Trustee
P.O. Box 16607
Worcester, MA 01601

Richard Mulligan, Esq.
Tatyana Tabachnik, Esq.
Harmon Law Offices
PO Box 610345
Newton Highlands, MA 02461
**Attorney for Green Tree Servicing**

Martin A. Mooney, Esq.
Schiller & Knapp, LLP
950 New Loudon Road, Suite 109
Latham, NY 12110
**Attorney for RBS Citizens**

Brian & Theresa Avedisian
14 Gardner Road
Hubbardston, MA 01452
**Debtors**

Citizens Auto Finance, Inc.
443 Jefferson Boulevard
RJW-135
Warwick, RI 02886

Atlas Acquisitions LLC
on behalf of Oliphant Financial, LLC
294 Union St.
Hackensack, NJ 07601

Wells Fargo Bank, N.A.
P.O. Box 19657
Irvine, CA 92623-9657

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

ALTAIR OH XIII, LLC
C/O WEINSTEIN, PINSON, AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Capital One, N.A.
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Green Tree Servicing LLC
PO BOX 0049
Palatine, IL 60055-0049
Telephone # 888-298-7785

                                        /s/ Carl D. Aframe
                                        _____
                                        Carl D. Aframe, Esq., BBO #012780
                                        aframe@aframebarnhill.com

Dated:  August 17, 2015